(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Douglas Reed Altland
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Maryann Altland
Liz Smagala
Gerome Gray
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. 26-146

(To be assigned by Clerk's Office)

# COMPLAINT
(Pro Se)

Jury Demand?
☐ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Altland Douglas R
Name (Last, First, MI)

_____
Street Address

_____          _____          _____
County, City                              State                             Zip Code

_____          altlanddouglas3@gmail.com
Telephone Number                     E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Maryann E Altland
Name (Last, First)

987 Jeffris Br Rd
Street Address

Chester    West Chester              PA              19382
County, City                    State           Zip Code

Defendant 2: Liz Smagala
Name (Last, First)

_____
Street Address

Chester  Kennet Sq              PA              _____
County, City                    State           Zip Code

Page **2** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: __Gray   Gerome__
Name (Last, First)

__20  N  Matlack Street__
Street Address

__Chester__   __West Chester__   __PA__   __19380__
County, City            State           Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City            State           Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

Page **3** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.

Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because:

I had left West Chester, PA in order to get medical treatment and legal representation after a Rico Suit Concord, NH was Approved Returning to where I'd recieved medical treatment at Newark, Wilmington, Middletown Christiana Cares (while being at Sunday Breakfast Mission)

### IV. STATEMENT OF CLAIM

Dir Mowalo had been made aware of my injury and my need for legal help

Place(s) of occurrence: Middletown, Newark, Wilmington Christiana Cares April May June 2025

Date(s) of occurrence: April 20th 2025 (Middletown Newark) Wilmington May Dr. Alyssa Abel

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.

**FACTS:**

[What happened to you?]

the last people who were Signed on to my medical records HIPAA Release are already defendants in a RICO Case involving obstruction of a workers comp injury w/ X-rays CT scans, MRI's (Before) the point of my injury on Jan 18th 2022, at Hershey Medical Center (April 2021) (Med Express Hershey April 2021) UPMC Jan Feb March April Dr Espenshade (def) Chester County Hospital and each different locations my thoracic injury

(Del. Rev. 11/14) Pro Se General Complaint Form

Jason K. Johnson (Diplomat Demolition) former landlord I'd told about my injury before thanksgiving of 2024

**Was anyone else involved?**

Sunday Breakfast Mission - told Dir. Motalo and Red Lesnama Wilmington, Del about many the IRS will be able to track to cover up my work injury. As I'd filed and Have approved RICO Suit Concord, NH venue PA June 25 Oct 25 17 PA Hartford Conn. venue as my filing open jurisdiction to change of venue as Jason Johnson, Liz Sumyula, Maryann Alflayl live 30 min driving or less from Wil, Del and a smear champrign of using derogatory nany

(Del. Rev. 11/14) Pro Se General Complaint Form

Taxes, about me for money, each have the money to pay as donations that were filed since my injury.

IRS
Safe Harbor WC PA
Act in Faith, WC PA
Sunday Breakfast Mission Wil Del
Friendship House Wil. Del

all Non profits that are tax shelters write offs that Maryann Altland and Liz Smuggla donated money to those drop me on tax payer programs and pay donations (Del) for my filing and medical treatment as when donations started and tax write offs to delay and use defamation, so the pay offs Maryann Altland e Liz Smuggla are also abusing Previous Power of Attorney w/ Dennis Lee Altland's Last Will and testament) Maryann Altland and Liz Smuggla haven't been paying taxes they owe from Dennis Lee Altland's Last Will and testament until my current medical diagnosis I have a Nodule on my left lung, 2 knee replacements (degeneration Arthritis and multiple fractures in my Spinal Column w/ no medical insurance NDA's concent to treatment, HIPAA Releases is how access to any medical records and the insurances that paid for them the IRS filed taxes for 2022, 2023, 2024, 2025 Maryann Alt and Liz Smuggla

Who did what?

Jason K Johasen

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Thoracic spinal injury Jan 15th 2022

Lumbar 5 vertebre - loss of movement/feeling left side
bladder control
bowels

## VI. RELIEF

The relief I want the court to order is:

☐   Money damages in the amount of:  $ _____

☒   Other (explain):

would need a Lawyer for Help
w/ accessing medical needs for delayed
treatment and continued issues

Page **7** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_2/9/26_
Dated

_[signature]_
Plaintiff's Signature

_AlHand Douglas R_
Printed Name (Last, First, MI)

_____
Address

_Wilmington_     _Del_
City     State     Zip Code

_N/A_
Telephone Number

_alHanddouglas3@gmail.com_
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **8** of 8