**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DOUGLAS R. ALTLAND,<br><br>Plaintiff,<br><br>v.<br><br>MARYANN E. ALTLAND, *et al.*,<br><br>Defendants. | Civil Action No. 26-0146-GBW-LDH |

**ORDER**

At Wilmington, Delaware this 30th day of September 2026:

WHEREAS, on February 9, 2026, Plaintiff Douglas R Altland ("Plaintiff"), initiated the present action by filing the Complaint (D.I. 2) and a Motion for Leave to Proceed *in forma pauperis* (D.I. 1);

WHEREAS, on February 11, 2026, the Court granted Plaintiff's Motion to Proceed *in forma pauperis* (D.I. 4);

WHEREAS, on March 10, 2026, the Court referred the present action "to Magistrate Judge Laura D. Hatcher to hear and resolve all pretrial matters, up to and including the resolution of case-dispositive motions, subject to 28 U.S.C. § 636(b) and any further Order of the Court," (D.I. 8);

WHEREAS, on August 12, 2026, Judge Hatcher issued a Report and Recommendation, in which Judge Hatcher recommended that the Court dismiss the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B), (D.I. 36) ("the Report and Recommendation");

WHEREAS, objections to the Report and Recommendation were due on August 26, 2026, (D.I. 36); *see also* Fed. R. Civ. P. 72(b)(2); D. Del. LR 72(b);

WHEREAS, no objections have been filed as of September 29, 2026, (*see Altland v. Altland et al.*, C.A. No. 26-0146-GBW-LDH); and

WHEREAS, the Court has given the Report and Recommendation reasoned consideration and agrees with its conclusions for the reasons stated therein, *see Equal Emp. Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (district judges required to give report and recommendation of a magistrate judge, for which no timely objections have been filed, reasoned consideration).

THEREFORE, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (D.I. 36) is **ADOPTED**.
2. The Complaint (D.I .2) is **DISMISSED** without prejudice.
3. Plaintiff **SHALL** file an amended complaint no later than October 30, 2026. Failure to file an amended complaint may result in the closure of this case.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE